**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 2:14-CR-43 KJM |
| EDWIN FORREST LUDWIG, IV | |
| Defendant. | |

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: **EDWIN FORREST LUDWIG, IV**
Detained at: Cimarron Correctional Facility, Cushing

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
  charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Sherry D. Hartel Haus |
| Printed Name & Phone No: | SHERRY D. HARTEL HAUS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee *FORWITH* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 7, 2014

_/s/ Allison Claire_
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | 401963 | DOB: | 03/11/1981 |
| Facility Address: | 3200 S.W. Kings Highway, Cushing, OK 74023 | Race: | |
| Facility Phone: | Cimarron Correctional Facility, Cushing | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____