BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWIN FORREST LUDWIG, IV,<br><br>          Defendant. | CASE NO. 2:14-CR-00043-KJM<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

IT IS HEREBY STIPULATED AND AGREED by the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendant is charged with multiple counts of false claims related to a tax refund fraud scheme.

The parties agree that discovery in this case contains "Protected Information," which includes victim and witness tax information and records, social security numbers, and dates of birth. The Protective Order extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

By signing this Stipulation, defense counsel agrees that the Protected Information is entrusted to counsel only for the purposes of representing his client, the defendant, in this criminal case and for no other purpose. Further, defense counsel agrees not to share any documents that contain Protected Information with anyone other than his designated defense investigators, experts, and support staff. Defense counsel will have a duty to inform his defense investigators, experts, and support staff of this Order and provide them with a copy of it. Defense counsel may permit the defendant to review the Protected Information and be aware of its contents, but defendant shall not be given control of the Protected Information or provided any copies of the Protected Information that have not been redacted of the Protected Information.

1  Any person receiving Protected Information or a copy of the Protected Information from
2  defendant's counsel shall be bound by the same obligations as counsel and further may not give
3  the Protected Information to anyone (except that the protected documents shall be returned to
4  counsel).
5      Counsel agrees to store Protected Information in a secure place and to use care to ensure
6  that information is not disclosed to third parties in violation of this agreement.
7      Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may
8  make copies of the Protected Information for trial preparation and presentation.  Any copies
9  must, however, remain in the possession of counsel, investigator, staff, expert or the Court.
10     Nothing in this Stipulation and Protective Order prevents defense counsel or the defendant
11 from maintaining unredacted copies of records concerning the defendant's own Protected
12 Information.
13     In the event that the defendant substitutes counsel, undersigned defense counsel agrees to
14 withhold these documents from new counsel unless and until substituted counsel agrees also to
15 be bound by this Order.

16 DATE:  April 16, 2014                BENJAMIN B. WAGNER
                                        United States Attorney
17
18                              By:     /s/ Sherry D. Hartel Haus
                                        SHERRY D. HARTEL HAUS
19                                      Assistant U.S. Attorney
20
21 DATE:  April 16, 2014                /s/ Chris Cosca
                                        CHRIS COSCA
22                                      Attorney for Defendant Edwin Forrest Ludwig, IV

23 **IT IS SO ORDERED**:

24 Dated:  April 17, 2014

25
26                                      KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
27
28

Stipulation and Proposed Protective Order          2