UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWIN FORREST LUDWIG, IV,<br><br>　　　　Defendant. | No.　2:14-cr-00043-GEB-1<br><br>**ORDER** |

On January 19, 2016, Edwin Forrest Ludwig IV filed, pro se, a "Motion to Correct Clerical Error" in which he seeks to have the reference to "USSG 1B1.8 . . . in section III Pg 6 [of his April 22, 2015 Plea Agreement] and line[s] 1-5 of the same page [of the Plea Agreement] . . . removed from the record." (Def.'s Mot. 1, ECF No. 176.) Defendant contends "USSG 1B1.8 refers to cooperation" and "[t]here was no cooperation with the government." (Id.) Defendant filed an affidavit in support of his motion, in which he avers in part:

> I . . . read the [Plea Agreement] before I signed it and I did not notice the paragraph on page 6 line[s] 1-5. [One] week later on 4-29-15 I told [my attorney] that I wanted that paragraph remove[d] from the record. He told me that it was already part of the record. I wrote a letter telling him to file a motion to fix this matter. He has never done that. . . . I want this out of the record because it is a lie. It should not be in there. I did not cooperate in any way with the government. I plead guilty and accepted responsibility with this plea. I think that

1

> this is a clerical error and can be fixed easily. I'm not asking for a change in my sentence[,] just the plea agreement.

(Id. at 3.) This motion is construed as a motion under Federal Rule of Criminal Procedure 36 to "correct a clerical error in . . . part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36.

The government shall respond to Defendant's motion no later than February 22, 2016, addressing whether the relief Defendant seeks is available under Rule 36. Cf. United States v. Mackay, 757 F.3d 195, 198-99 (5th Cir. 2014) (remanding case to the district court to correct a clerical error in a presentence report several years after entry of judgment).

The Clerk shall serve a copy of this Order on Defendant's former attorney, Christopher Richard Cosca.

Dated:  January 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2