UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:14-cr-0043 GEB KJN P |
| Respondent, | |
| v. | ORDER |
| EDWIN FORREST LUDWIG, IV., | |
| Movant. | |

Movant requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in § 2255 proceedings.  See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2255 Proceedings.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

In addition, movant requested an extension of time to file and serve a reply to respondent's response to movant's July 1, 2016 motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for appointment of counsel (ECF No. 244) is denied without prejudice to a renewal of the request at a later stage of the proceedings;

1

    2. Movant's request for an extension of time (ECF No. 244) is granted; and

    3. Movant is granted twenty days from the date of this order in which to file and serve his reply.

Dated: January 4, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ludw0043.207+236

2