| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar No. 122664 |
| | Federal Defender |
| 2 | CAROLYN M. WIGGIN, Bar No. 182732 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Petitioner |
| | EDWIN FORREST LUDWIG, IV |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-0043 GEB KJN P |
| | ) | |
| Respondent, | ) | **REQUEST FOR SUBSTITUTION OF** |
| | ) | **ATTORNEY;** ~~**PROPOSED**~~ **ORDER** |
| v. | ) | |
| | ) | |
| EDWIN FORREST LUDWIG, IV, | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |

Movant EDWIN FORREST LUDWIG IV hereby moves this Court for an order substituting

Sandra Gillies
Law Office Of Sandra Gillies
P.O. Box 1515
Woodland, CA 95695
530-666-1908
530-666-1908 (fax)
sandra-gillies@outlook.com

as counsel for the Movant EDWIN FORREST LUDWIG IV in the above-entitled case. The Federal Defender's Office has determined that it is unable to represent Mr. Ludwig since it represents a co-defendant in his criminal case. Ms. Gillies has agreed to represent Mr. Ludwig.

-1-

The undersigned is authorized to sign this substitution motion on Ms. Gillies' behalf.

Dated: June 22, 2018                   Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                        *s/ Carolyn M. Wiggin*
                                       CAROLYN M. WIGGIN
                                       Assistant Federal Defender

Dated: June 22, 2018

                                        *s/ Sandra Gillies*
                                       SANDRA GILLIES
                                       Attorney at Law

O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that

1. SANDRA GILLIES, Attorney at Law, is substituted in as counsel appointed on behalf of Movant EDWIN FORREST LUDWIG, IV, in place of the Office of the Federal Defender for the Eastern District of California; and

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender's office, and Sandra Gillies, Law Office of Sandra Gillies, sandra-gillies@outlook.com

Dated: June 25, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ludw0043.sub