UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>EDWIN FORREST LUDWIG, IV,<br><br>Movant. | No. 2:14-cr-0043 GEB KJN P<br><br><br><br>ORDER |

Movant is a federal prisoner, proceeding through counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. This matter came on for status conference on August 30, 2018. Sandra Gillies appeared for movant. Assistant United States Attorney James R. Conolly appeared for respondent.

Good cause appearing, the § 2255 motion is set for evidentiary hearing on October 17, 2018, at 9:00 a.m., before the undersigned. Counsel shall file a joint status report on or before October 8, 2018, identifying witnesses, any admissibility or documentary issues, and proposing a roadmap as to how the evidentiary hearing should proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. The § 2255 motion (ECF No. 206) is set for evidentiary hearing on October 17, 2018, at 9:00 a.m., in Courtroom #25 before the undersigned; and

////

1

2. On or before October 8, 2018, counsel shall file a joint status report.

Dated: August 30, 2018

/ludw0043.oah

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE