# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

EDWIN FORREST LUDWIG, IV,

       Defendants.
_____/

No. 2:14-cr-0043 GEB KJN P

**SECOND AMENDED**

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Edwin Forrest Ludwig, IV, X-Reference No. X-4931593 (BOP Register No. 71349-097), a necessary and material witness in proceedings in this case on December 10, 2018, is confined in the Sacramento County Jail, 651 I Street, Sacramento, CA 95814, in the custody of the Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom #25, United States District Courthouse, 501 I Street, Sacramento, California on December 10, 2018, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the United States Marshal.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sacramento County Sheriff, 651 I Street, Sacramento, CA 95814:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 11, 2018

                                        _/s/ Kendall J. Newman_
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE