UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　v.<br><br>EDWIN FORREST LUDWIG, IV,<br><br>　　　　　Movant. | No. 2:16-cv-01513-GEB-KJN<br>No. 2:14-cr-00043-GEB-KJN<br><br>**ORDER REASSIGNING 28 U.S.C.<br>§ 2255 PETITION** |

　　　　Petitioner Edwin Forrest Ludwig, IV moves for reassignment of this 28 U.S.C. § 2255 civil action, arguing it should be reassigned to United States District Judge Kimberly J. Mueller, who is uniquely situated to preside over this civil action because she accepted his guilty plea and sentenced him. Mot. to Reassign at 2:8-28, ECF No. 359. The motion is granted; however, this ruling has no bearing on the previous referral made to Magistrate Judge Kendall J. Newman in this action. Therefore, this civil action shall be reassigned to United States District Judge Kimberly J. Mueller. Further, the "GEB" judicial initials in the caption shall be changed to "KJM."

　　　　Dated: December 5, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1