IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>EDWIN LUDWIG, IV,<br><br>                    Defendant. | CASE NO. 2:14-CR-00043-KJM-KJN<br><br>ORDER |

Pursuant to Local Rule 141(b), and based on the representations contained in the government's request to seal, ECF No. 472, the court GRANTS the government's request to seal Ex. 2 to government's opposition to defendant's motion for compassionate release, ECF No. 471, pertaining to defendant Edwin Ludwig, IV, and the government's request to seal shall be SEALED until further order of this court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The court finds that, for the reasons stated in the government's request, sealing the governments's request and Ex. 2 serves a compelling interest. The court further finds that, in the absence of closure, the compelling interests

1 identified by the government would be harmed.  In light of the public filing of its notice to seal, the court
2 further finds that there are no additional alternatives to sealing the government's request and Ex. 2 that
3 would adequately protect the compelling interests identified by the government. The court directs the
4 clerk of court to file Ex. 2 submitted to the court under seal on the docket.

   This order resolves ECF No. 472.

   IT IS SO ORDERED.

DATED: June 29, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE